UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TINA WINN**                                            **CIVIL ACTION**

**VERSUS**                                               **NO. 12-2690**

**SOCIAL SECURITY ADMINISTRATION**                       **SECTION "B"(2)**

<u>ORDER</u>

Considering Magistrate Judge Wilkinson's Findings and Recommendation (Rec. Doc. No. 17), the entire record and law,

**IT IS ORDERED** that the Findings and Recommendation are **ADOPTED.** No objections to same were filed by either party and the Findings and Recommendation are clearly supported by applicable facts and law. See Fed. R. Civ. P. 72(b). Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Rec. Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 1st day of October, 2013.

_____
**UNITED STATES DISTRICT JUDGE**